# United States Bankruptcy Court
## Eastern District of Virginia

In re:   **Andrew Corbman**
       **Bonnie Corbman**      Debtor(s)

Case No. **15-13119**
Chapter **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. *[If applicable*: **An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on ____.*]*
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☑ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☑ **Creditor(s) added**     ☐ **Creditor(s) deleted**
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7** - only file Schedule of Unpaid Debts.
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. |**

- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: **Howard Kay, 150 Bonifant Road, Silver Spring, MD 20905.**

Date: December 19, 2016

/s/ Ann Schmitt
**Ann E. Schmitt**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **22030**
Mailing Address: **Culbert & Schmitt, PLLC**
                       **30C Catoctin Circle, SE**
                       **Leesburg, VA 20175**
Telephone No.: **703-737-7797**

B6F (Official Form 6F) (12/07)

| In re | Andrew Corbman, Bonnie Corbman | Case No. | 15-13119 |
|---|---|---|---|
| | Debtors | | |

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4189** <br><br> **AMCB** <br> **PO Box 37005** <br> **Baltimore, MD 21297-3005** | | H | January 2015 | | | | 191.50 |
| Account No. <br><br> **American Eagle/ Sychrony** <br> **PO Box 530942** <br> **Atlanta, GA 30353-0942** | | W | | | | | 909.50 |
| Account No. **0800** <br><br> **Bank Fund Staff FCU** <br> **1725 I Street NW #150** <br> **Washington, DC 20006** | | J | overdraft | | | | 2,332.40 |
| Account No. **6659** <br><br> **Bank Fund Staff FCU** <br> **PO Box 71050** <br> **Charlotte, NC 28272-1050** | | W | | | | | 18,313.55 |
| **6** continuation sheets attached | | | | | Subtotal (Total of this page) | | | 21,746.95 |

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com    S/N:37631-161209   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

| In re | Andrew Corbman, Bonnie Corbman | | Case No. | 15-13119 |

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7222<br><br>Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5793 | X | H | guaranty of corporate credit card | | | | 15,289.80 |
| Account No. 5617<br><br>Bank-Fund Staff FCU<br>P.O. Box 71050<br>Charlotte, NC 28272-1050 | | H | | | | | 24,248.17 |
| Account No. 4229<br><br>Best Buy<br>PO Box 78009<br>Phoenix, AZ 85062-8009 | | W | | | | | 8,355.00 |
| Account No. xxxxxx8234<br><br>BMW Financial Services<br>PO Box 9001065<br>Louisville, KY 40290-1065 | | H | July 2013<br><br>vehicle lease (amount shown is the arrearages as of the filing) | | | | 2,624.93 |
| Account No. xxxx-xxxx-xxxx-3190<br><br>Chase Visa<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | W | | | | | 25,302.96 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   75,820.86

B6F (Official Form 6F) (12/07) - Cont.

In re   Andrew Corbman,
        Bonnie Corbman
                                    Debtors,                          Case No.   15-13119

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-1140<br><br>Discover<br>PO Box 71084<br>Charlotte, NC 28272 | | H | | | | | 19,662.64 |
| Account No. 6478<br><br>Gap Visa/Sychrony Bank<br>PO Box 960017<br>Orlando, FL 32896-0017 | | W | | | | | 2,234.65 |
| Account No.<br><br>Howard Kay<br>150 Bonifant Road<br>Silver Spring, MD 20905 | | H | Costs incurred defending action covered by indemnification agreement | | | | 3,874.91 |
| Account No. xxxxxxxx0001<br><br>IC System Inc.<br>444 Highway 96 East<br>PO Box 64887<br>Saint Paul, MN 55164-0887 | | W | Collection for Verizon | | | | 107.33 |
| Account No.<br><br>James & Ani Baumgarner<br>230 Cambria Ave.<br>Bedford, PA 15522 | | H | | | X | X | Unknown |

Sheet no. 2 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   25,879.53

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Andrew Corbman,
        Bonnie Corbman
                                                                  Case No.  15-13119
                        Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0211<br><br>JCPenny/Synchrony<br>PO Box 960090<br>Orlando, FL 32896-0090 | | W | | | | | 192.26 |
| Account No.<br><br>Kovac Securities<br>6451 N. Federal Hwy<br>Suite 1201<br>Fort Lauderdale, FL 33308 | | H | Possible indemnification claim | | X | X | Unknown |
| Account No. 1182<br><br>Lane Bryant<br>POB ox 659728<br>San Antonio, TX 78265-9728 | | W | | | | | 370.29 |
| Account No.<br><br>Ljudmila Pavlov<br>17947 Tobermory Place<br>Leesburg, VA 20175-7058 | | H | | | X | X | Unknown |
| Account No. 8017<br><br>Lord & Taylor<br>Capital One Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 | | W | | | | | 181.26 |

Sheet no. 3 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   743.81

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrew Corbman,
       Bonnie Corbman
                                                                    Case No.  15-13119
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6646  Lowes  PO Box 530914  Atlanta, GA 30353-0914 | | H | | | | | 2,215.06 |
| Account No. 0620  Macy's  PO Box 183083  Columbus, OH 43218-3083 | | W | | | | | 1,279.11 |
| Account No.  Mary Chadsey  8339 Midnight Pass Rd.  Sarasota, FL 34242 | | H | customer complaint | | X | X | 1,300,000.00 |
| Account No.  Mary E. Chesky Rev. Trust  c/o W. Andrew Clayton, Jr.  Johnson, Browning & Clayton  1 North Tuttle Ave.  Sarasota, FL 34237 | | H | | | X | X | Unknown |
| Account No.  McCormick & O'Brien  9 East 40th Street  Fourth Floor  New York, NY 10016 | X | H | 2015  legal services to ASC Financial | | | | 10,049.36 |

Sheet no. 4 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,313,543.53

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrew Corbman,
       Bonnie Corbman

Case No. __15-13119__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Molly Melchior <br> 16321 Limestone Court <br> Leesburg, VA 20176 | | H | | | X | X | Unknown |
| Account No. <br><br> Philipa Henschel Rev. Trust <br> c/o W. Andrew Clayton <br> Johnson, Browning & Clayton <br> 1 North Tuttle Ave. <br> Sarasota, FL 34237 | | H | | | X | X | Unknown |
| Account No. xxx2219 <br><br> ServPro of Loudoun County <br> 25387 Pleasant Valley Rd <br> Unit 160 <br> Chantilly, VA 20152 | | J | 2015 <br><br> repair work (dispute only as to amount) | | | X | 2,900.00 |
| Account No. xxxxxx0084 <br><br> Skin Cancer Center of NVA <br> 19465 Deerfield Ave., #401 <br> Leesburg, VA 20175-1707 | | H | | | | | 228.00 |
| Account No. 0836 <br><br> Wells Fargo <br> PO Box 348750 <br> Sacramento, CA 95834 | X | H | guaranty of business line of credit | | | | 102,790.23 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     105,918.23

B6F (Official Form 6F) (12/07) - Cont.

In re  Andrew Corbman,
       Bonnie Corbman

Case No. __15-13119__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5252<br><br>Wells Fargo/Home Projects<br>800 Walnut Street<br>Des Moines, IA 50309 | | H | | | | | 5,014.39 |
| Account No.<br><br>William Chadsey<br>c/o W. Andrew Clayton, Jr.<br>1 North Tuttle Ave.<br>Sarasota, FL 34237 | | H | | | X | X | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,014.39**

Total
(Report on Summary of Schedules)    **1,548,667.30**

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Alexandria Division

In re:

ANDREW & BONNIE CORBMAN

Case No. 15-13119
Chapter 11

Debtors

## DECLARATION CONCERNING DEBTORS' AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY DEBTORS

I declare under penalty of perjury that I have read the foregoing amended Schedule F that it is true and correct to the best of my knowledge, information and belief.

Date: 12/15/16

/s/ Andrew Corbman
Andrew Corbman

Date: 12/15/16

/s/ Bonnie Corbman
Bonnie Corbman

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. sections 152 and 3571.*